No. 87–5418.   HOUSEL v. GEORGIA.   Sup. Ct. Ga.;
No. 87–5876.   CORDOVA v. TEXAS.   Ct. Crim. App. Tex.;

No. 87–6137.  FOSTER v. DUGGER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.;
  No. 87–6381.  BARRIENTES v. TEXAS.  Ct. Crim. App. Tex.;
  No. 87–6436.  KING v. FLORIDA.  Sup. Ct. Fla.;
  No. 87–6873.  ARANDA v. TEXAS.  Ct. Crim. App. Tex.;
  No. 87–6886.  JACKSON v. TEXAS.  Ct. Crim. App. Tex.; and
  No. 87–7255.  ROSALES v. TEXAS.  Ct. Crim. App. Tex.  Cer-
tiorari denied.  Reported below: No. 87–5418, 257 Ga. 115, 355
S. E. 2d 651; No. 87–5876, 733 S. W. 2d 175; No. 87–6137, 823 F.
2d 402; No. 87–6381, 752 S. W. 2d 524; No. 87–6436, 514 So. 2d
354; No. 87–6873, 736 S. W. 2d 702; No. 87–6886, 745 S. W. 2d 4;
No. 87–7255, 748 S. W. 2d 451.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circum-
stances cruel and unusual punishment prohibited by the Eighth
and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153,
227, 231 (1976), we would grant certiorari and vacate the death
sentences in these cases.